UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEXAS LOW INCOME HOUSING INFORMATION SERVICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEN CARSON, *et al.*,<br><br>　　　　　Defendants. | Civ. Action No. 1:18-cv-00644<br><br>Judge Timothy J. Kelly |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARA K. PRATT**

In accordance with Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned respectfully moves for the pro hac vice admission of Sara K. Pratt of Relman, Dane & Colfax PLLC, 1225 19th Street NW, Suite 600, Washington, DC 20036, (202) 728-1888, for purposes of appearing as counsel on behalf of Plaintiffs herein, in the above-styled case only.

This motion is supported by the Declaration of Sara K. Pratt, filed herein. In further support of this motion, it is hereby designated that I am a member of the bar of this Court and maintain an office in this state for the practice of law. I am a person with whom the Court and counsel may readily communicate and upon whom papers may be served.

Dated: June 25, 2018

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sasha Samberg-Champion
　　　　　　　　　　　　　　　　　　　　　　　Sasha Samberg-Champion (DC Bar No. 981553)
　　　　　　　　　　　　　　　　　　　　　　　RELMAN, DANE & COLFAX PLLC
　　　　　　　　　　　　　　　　　　　　　　　1225 19th Street, NW, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036

(202) 728-1888
ssamberg-champion@relmanlaw.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2018, I filed the foregoing Motion for Admission Pro Hac Vice of Sara K. Pratt on CM/ECF, which shall serve as notice of filing on all counsel of record.

                                         /s/ Sasha Samberg-Champion
                                         Sasha Samberg-Champion